## THE STATE *v.* RICHARDSON.

APPEAL from the *Steuben* Common Pleas.

RAY, J.—This was an information for selling intoxicating liquor in a less quantity than a quart at a time, the appellee having no license to do so. A motion to quash was sustained. The averments in the affidavit and information seem to us to be sufficient, and the appellee does not call our attention to any material defect.

The judgment is reversed, with costs, and the cause remanded, with directions to the court below to overrule the motion.

*D. E. Williamson,* Attorney General, for the State.